UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Georgia−Pacific Consumer Products LP
                                Plaintiff,

v.                                                Case No.: 1:09−cv−02263
                                                Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's motion for leave of Court to file under seal Plaintiff's memorandum in support of its motion for continuance is granted. Plaintiff's unopposed motion for leave of Court to file under seal Plaintiff's opposition to defendant's motion for summary judgment is granted. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.