IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 09 CV 2263 |
| v. | ) ) |
| KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. | ) )   Judge Virginia M. Kendall ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Jeffrey A. Handelman
Howard S. Michael
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
3600 NBC Tower
Chicago, IL  60611-5599

PLEASE TAKE NOTICE that on December 8, 2009, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall presiding in Room 2319 at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, to present **PLAINTIFF'S MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**, a copy of which is attached and served upon you.

Dated:  December 3, 2009                                                  Respectfully submitted,

                                                                                            GEORGIA-PACIFIC CONSUMER
                                                                                            PRODUCTS LP


                                                                                                /s/ John A. Leja
                                                                                            *One of Its Attorneys*

John A. Leja (IL Bar No. 6256269)
Gary Y. Leung (IL Bar No. 6277889)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818
Tel. 312-849-8100     Fax. 312-849-3690

William H. Brewster
R. Charles Henn Jr.
Kilpatrick Stockton LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500  Fax 404-815-6555

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** regarding PLAINTIFF'S MOTION FOR REASSIGNMENT BASED ON RELATEDNESS was electronically filed with the Clerk of the Court using the CM/EMF system, which will send notification of such filing to registered counsel of record as identified on the Notice of Electronic Filing on December 3, 2009:

                                      Jeffrey A. Handelman
                                      Howard S. Michael
                                      BRINKS HOFER GILSON & LIONE
                                      455 North Cityfront Plaza Drive
                                      3600 NBC Tower
                                      Chicago, IL  60611-5599


                                      _____/s/ John A. Leja_____