IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>     Plaintiff,<br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and<br>KIMBERLY-CLARK WORLDWIDE, INC.<br><br>     Defendants. | Civil Action No.: 1:09-cv-02263<br><br>Judge Virginia M. Kendall |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**

Plaintiff Georgia-Pacific Consumer Products LP's ("Georgia-Pacific") filed its motion for reassignment based on relatedness on Thursday afternoon, December 3. The motion is noticed for Tuesday morning, December 8. However, the parties are already scheduled to appear before the Court on Monday morning, December 7. Accordingly, Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc, and Kimberly-Clark Global Sales, Inc. (collectively "Kimberly-Clark") respectfully file this brief response to Georgia-Pacific's motion for reassignment based on relatedness, so that the Court is aware of Kimberly-Clark's position prior to the Monday morning hearing.

Kimberly-Clark does not oppose a reassignment of the new lawsuit to Judge Kendall based on relatedness grounds. Such reassignment, however, should not alter the schedule relating to Kimberly-Clark's pending summary judgment motion directed to the functionality of Georgia-Pacific's asserted designs. The embossing design on Kimberly-Clark's Scott Extra Soft bath tissue (the product addressed in Georgia-Pacific's new lawsuit) is not

relevant to the sole basis for Kimberly-Clark's pending summary judgment motion – the functionality of Georgia-Pacific's asserted designs. Moreover, extensive discovery has already been taking in the original action, both with respect to Kimberly-Clark's Cottonelle product and its Scott Kimberly-Clark Professional ("KCP") product. This extensive discovery renders the additional discovery sought by Georgia-Pacific merely cumulative. Accordingly, Georgia-Pacific's filing of this new lawsuit should not delay the disposition of Kimberly-Clark's pending summary judgment motion.

Georgia-Pacific's motion for reassignment contains numerous factual accusations and assertions that are neither accurate nor relevant to the motion. Kimberly-Clark will refrain from addressing these unfounded assertions given the brief nature of this response.

Respectfully submitted,

Date:  December 4, 2009

By:   /s/ Howard S. Michael
Jeffery A. Handelman
Howard S. Michael
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Tel:  (312) 321-4200
Fax:  (312) 321-4299

ATTORNEYS FOR DEFENDANTS
KIMBERLY- CLARK CORPORATION,
KIMBERLY- CLARK WORLD-WIDE, INC.
AND KIMBERLY-CLARK GLOBAL
SALES, INC.

<u>Certificate of Service</u>

    I certify that a true copy of the foregoing document was served electronically through the ECF system to all counsel of record registered to receive electronic filings, and that I have caused paper copies to be delivered to all counsel of record not so registered, if any.

Date:  December 4, 2009                                            /s/ Howard S. Michael