## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2
### Eastern Division

Georgia−Pacific Consumer Products LP
                                                  Plaintiff,

v.                                                                                 Case No.: 1:09−cv−02263
                                                                                 Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.
                                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2009:

      MINUTE entry before Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's motion to reassign case *Based on Relatedness*[146] is granted. Defendant shall provide written responses to plaintiff's supplemental discovery requests by 1/11/2010. Documents shall be produced by 2/15/2010. Depositions shall be completed by 3/1/2010. Plaintiff's supplemental brief shall be field by 3/22/2010. Defendant's reply is to be filed by 4/2/2010. All supplemental briefs are limited to 10 pages. Supplemental facts are limited to 12 for each side.Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.