IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>    Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

## **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Georgia-Pacific Consumer Products, LP respectfully requests leave of the Court to file under seal Plaintiff's Memorandum in Support of its Motion To Compel ("Motion to Compel Memorandum"). Defendants consent to and do not oppose this motion.

As grounds for this request, Plaintiff notes that the Motion to Compel Memorandum contains confidential information produced in this case pursuant to the Amended Stipulated Protective Order (Docket No. 54) under the designation "Attorneys Eyes Only."

Consistent with its obligation under Section 5 of the Protective Order, and to preserve the confidentiality of these documents, Plaintiff requests leave to file these materials under seal.

DATE: March 2, 2010                                          Respectfully Submitted,

                                                                             /s/ John A. Leja
                                                                           John A. Leja (IL Bar No. 6256269)
                                                                           Gary Y. Leung (IL Bar No. 6277889)

US2008 728885.1

McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel. 312-849-8100   Fax  312-849-3690
Email:  jleja@mcguirewoods.com
             gleung@mcguirewoods.com

William H. Brewster
R. Charles Henn Jr.
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500  Fax 404-815-6555
Email: BBrewster@KilpatrickStockton.com
             CHenn@KilpatrickStockton.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing **PLAINTIFF'S MOTION TO FILE UNDER SEAL** and **NOTICE OF MOTION** have been electronically filed using the CM/ECF system which will automatically send service copies via email notification to the following attorneys of record:

>Jeffrey A. Handelman
>Howard S. Michael
>Brinks Hofer Gilson & Lione
>455 North Cityfront Plaza Drive, 3600 NBC Tower
>Chicago, IL  60611-5599

>   /s/ John A. Leja
>John A. Leja
>Counsel for Plaintiff

US2008 728885.1