IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. <br><br> Defendants. | Civil Action No. 09 CV 2263 <br><br> Judge Virginia M. Kendall |

## **PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") hereby moves this Court to compel Kimberly-Clark to provide Ms. Kathryn Sirovatka as a witness on 30(b)(6) Topics #1, 2, and 6. Georgia-Pacific also requests that the Court adjust the current case schedule to provide time for the follow-up discovery before Georgia-Pacific is required to file its Supplemental Brief.

A Memorandum in Support, along with the Declaration of R. Charles Henn Jr. and the Declaration of Lauren Sullins Ralls, is filed concurrently.

Date: March 2, 2010

Respectfully Submitted,

/s/ John A. Leja
John A. Leja (IL Bar No. 6256269)
Gary Y. Leung (IL Bar No. 6277889)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel. 312-849-8100
Fax 312-849-3690
Email: jleja@mcguirewoods.com
gleung@mcguirewoods.com

*Attorneys for Plaintiff*

William H. Brewster
R. Charles Henn Jr.
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500
Fax 404-815-6555
Email: BBrewster@KilpatrickStockton.com
CHenn@KilpatrickStockton.com

*Of Counsel for Plaintiff*

### LR 37.2 CERTIFICATION

I, R. Charles Henn, certify that prior to filing this Motion to Compel, I attempted in good faith to resolve the issues with counsel for Kimberly-Clark. As discussed in more detail in Section IV of the Memorandum in Support, these efforts were unsuccessful and further efforts would be futile.

/s/ R. Charles Henn Jr.
Attorney for Georgia-Pacific

US2008 1150895.1