IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>　　　Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>　　　Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, March 8, 2010 at 9:00 a.m.** or as soon thereafter as this Motion may be heard, counsel for Georgia-Pacific Consumer Products LP shall appear before Judge Virginia M. Kendall in Courtroom 2319, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION TO COMPEL**, a copy of which is served upon you along with this notice of motion.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Leja
　　　　　　　　　　　　　　　　　　　　John A. Leja (IL Bar No. 6256269)
　　　　　　　　　　　　　　　　　　　　Gary Y. Leung (IL Bar No. 6277889)
　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　Suite 4100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-1818
　　　　　　　　　　　　　　　　　　　　Tel. 312-849-8100
　　　　　　　　　　　　　　　　　　　　Fax 312-849-3690
　　　　　　　　　　　　　　　　　　　　Email: jleja@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　　　　gleung@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

William H. Brewster
R. Charles Henn Jr.
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500
Fax 404-815-6555
Email:  BBrewster@KilpatrickStockton.com
 CHenn@KilpatrickStockton.com

*Of Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>     Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>     Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

## CERTIFICATE OF SERVICE

The foregoing **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL** has been electronically filed using the CM/ECF system which will automatically send service copies via email notification to the following attorneys of record:

>Jeffrey A. Handelman
>Howard S. Michael
>Brinks Hofer Gilson & Lione
>455 North Cityfront Plaza Drive, 3600 NBC Tower
>Chicago, IL 60611-5599

Date: March 2, 2010

>/s/ John A. Leja
>John A. Leja
>Counsel for Plaintiff

US2008 1150895.1