IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. <br><br> Defendants. | Civil Action No. 09 CV 2263 <br><br> Judge Virginia M. Kendall |

## DECLARATION OF LAUREN SULLINS RALLS

1. My name is Lauren Sullins Ralls. I am counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific") in this matter and am an associate at the law firm of Kilpatrick Stockton LLP. I am over the age of twenty-one, I am competent to make this Declaration, and the facts set forth in this declaration are based on my personal knowledge.

2. On Friday, February 26, 2010, I called Howard Michael and Jeff Handleman, counsel for Kimberly-Clark to discuss Georgia-Pacific's request to take the deposition of Ms. Kathyn Sirovatka and to discuss the production of documents requested in the February 22, 2010 letter. I left a voicemail for both Mr. Michael and Mr. Handleman, but received no response. On the morning of March 1, 2010, and once again called and spoke to Mr. Michael who informed me that Kimberly-Clark's position on the deposition of Ms. Sirovatka had not changed and that they did not believe that she was a necessary witness.

1

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 2, 2010.

/s/ Lauren Sullins Ralls
Lauren Sullins Ralls
