# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Georgia−Pacific Consumer Products LP

                           Plaintiff,

v.                                                      Case No.: 1:09−cv−02263
                                                        Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.

                           Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Arlander Keys for the purpose of holding proceedings related to: discovery supervision and disposition of plaintiff's motion to compel[157], and motion for leave to file[156]. Any motions to extend the set discovery schedule are to be noticed for hearing before Judge Kendall.(jms, )Mailed notice.

Dated: March 5, 2010

                                                                               /s/ Virginia M. Kendall

                                                                             United States District Judge