# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Georgia−Pacific Consumer Products LP

                                                Plaintiff,

v.                                                                     Case No.: 1:09−cv−02263
                                                                   Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 5, 2010:

      MINUTE entry before Honorable Virginia M. Kendall: Hearing date of 3/8/2010 on plaintiff's motions to compel and for leave to file brief under seal is stricken.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.