IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>  Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>  Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Arlander Keys |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, March 15, 2010 at 9:00 a.m.** or as soon thereafter as Plaintiff may be heard, counsel for Georgia-Pacific Consumer Products LP shall appear before Judge Arlander Keys in Courtroom 2230, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**. (Dkt. 157).

    Respectfully Submitted,

    /s/ Gary Y. Leung
    John A. Leja (IL Bar No. 6256269)
    Gary Y. Leung (IL Bar No. 6277889)
    McGuireWoods LLP
    77 West Wacker Drive
    Suite 4100
    Chicago, IL 60601-1818
    Tel. 312-849-8100
    Fax  312-849-3690
    Email: jleja@mcguirewoods.com
           gleung@mcguirewoods.com

    *Attorneys for Plaintiff*

    William H. Brewster
    R. Charles Henn Jr.

KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500
Fax 404-815-6555
Email:  BBrewster@KilpatrickStockton.com
       CHenn@KilpatrickStockton.com

*Of Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>　　Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>　　Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Arlander Keys |

## CERTIFICATE OF SERVICE

The foregoing **PLAINTIFF'S NOTICE OF MOTION** has been electronically filed using the CM/ECF system which will automatically send service copies via email notification to the following attorneys of record:

>　　Jeffrey A. Handelman
>　　Howard S. Michael
>　　Brinks Hofer Gilson & Lione
>　　455 North Cityfront Plaza Drive, 3600 NBC Tower
>　　Chicago, IL  60611-5599


　　　　　　　　　/s/ Gary Y. Leung　　　　　　　　

Date: March 5, 2010