# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Georgia−Pacific Consumer Products LP

                              Plaintiff,

v.                                                         Case No.: 1:09−cv−02263
                                                        Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 15, 2010:

      MINUTE entry before Honorable Arlander Keys: Motion hearing held on Defendants Motion Compel (#158). Defendants reply to said motion to be filed by 3/17/10. Ruling set for 3/22/10 at 9:00 a.m. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.