**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Georgia−Pacific Consumer Products LP
                                  Plaintiff,

v.                                                  Case No.: 1:09−cv−02263
                                                  Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 16, 2010:

       MINUTE entry before Honorable Arlander Keys:Motion to seal document [168] is granted. The noticed motion set for 3/17/10 is stricken, the parties need not appear. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.