**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,

      Plaintiff,

v.

Civil Action No. 09 CV 2263

KIMBERLY-CLARK CORPORATION,
KIMBERLY-CLARK GLOBAL SALES, INC., and
KIMBERLY-CLARK WORLDWIDE, INC.,

Hon. Judge Virginia M. Kendall

      Defendants.

**MOTION FOR EXTENSION OF TIME RELATING TO
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff GEORGIA-PACIFIC CONSUMER PRODUCTS LP ("Georgia-Pacific") by and through its attorneys submit its Motion for Extension of Time Relating to Summary Judgment Briefing Schedule ("Motion") for the purposes of extending the deadlines set by this Court on December 15, 2009 (Dkt. 152) while the parties await a ruling on Georgia-Pacific's Motion to Compel (Dkt. 157) from Magistrate Judge Alexander Keys and states as follows.

1.      On December 15, 2009, this Court entered an order, which, among other things, granted Georgia-Pacific the right to take certain limited discovery, including document discovery and a 30(b)(6) deposition on the topics specified in the Order, in connection with the Scott Extra Soft Design featured on Scott® Extra Soft bath tissue to be completed by March 1, 2010. In addition, the Court set the following relevant deadlines for summary judgment briefing:

      March 22, 2010      Filing of Plaintiff's Supplemental Opposition Brief; and

      April 2, 2010      Filing of Defendants' Reply Brief

(Dkt. 152.)

2.      On March 2, 2010, Georgia-Pacific filed and noticed a Motion to Compel (Dkt.

1

157) before this Court seeking to compel Kimberly-Clark to provide Ms. Kathryn Sirovatka as a witness on 30(b)(6) topics # 1, 2 and 6 as the witness produced by Kimberly-Clark pursuant to the 30(b)(6) notice did not satisfy its obligation to (1) designate the person to testify as to all "matters known to the corporation" and (2) to prepare the designee on topics that were not within her personal knowledge.  Fed. R. Civ. P. 30(b)(6); *Buycks-Roberson v. Citibank Fed. Savings Bank*, 162 F.R.D. 338, 342 (N.D. Ill. 1995); *see also Banco Del Atlantico, S.A. v. Woods Indus., Inc.*, 519 F.3d 350, 353 (7th Cir. 2008) (affirming district court's decision to dismiss action where party violated the court's order to provide appropriate 30(b)(6) witnesses and, instead, the witnesses provided were "either unprepared for the depositions or were attempting to hinder and obfuscate Defendants' efforts at obtaining discovery in the case.").

3.      On March 5, 2010, this Court struck Georgia-Pacific's Motion to Compel and, pursuant to Local Rule 72.1, referred this action to the Honorable Arlander Keys for purposes of holding proceedings related to discovery supervision and disposition of Plaintiff's Motion to Compel. (Dkt. 163, 164).

4.      Pursuant to this Court's order, Georgia-Pacific noticed its motion for presentment on March 11, 2010 before Magistrate Arlander Keys.  (Dkt. 165.)

5.      On March 12, 2010, Kimberly-Clark filed its Opposition to Georgia-Pacific's Motion to Compel.  (Dkt. 167.)

6.      On March 15, 2010, a hearing was held before Magistrate Arlander Keys, at which time Judge Keys granted Georgia-Pacific until March 17, 2010 to file a reply in response to Kimberly-Clark's Opposition to Georgia-Pacific's Motion to Compel. Magistrate Judge Keys further continued the hearing on Georgia-Pacific's Motion to Compel until March 22, 2010. (Dkt. 170.)

2

7.     Magistrate Judge Keys is not expected to issue a ruling on Georgia-Pacific's Motion to Compel until at least March 22, 2010, which is the due date for Georgia Pacific to file its Supplemental Opposition Brief. (Dkt. 170.)

8.     If Georgia-Pacific's Motion to Compel is granted, Georgia-Pacific respectfully requests seven (7) days from the completion of the deposition of Ms. Kathryn Sirovatka in which to finalize and file its Supplemental Opposition Brief.  If Georgia-Pacific's Motion to Compel is denied, Georgia-Pacific respectfully requests one (1) day from the order denying Georgia-Pacific's Motion to Compel in which to finalize and file its Supplemental Opposition Brief.

9.     Prior to filing this Motion, the parties conferred in an attempt to reach an agreement on the Motion's requested relief.   Although an extension of time is necessitated by Georgia-Pacific having to file a Motion to Compel, Georgia-Pacific requests that any extension to the schedule be minimized so that the any impact to this Court's summary judgment briefing schedule, established by this Court's December 15, 2009 Order, is minimized.

10.     This Motion for Extension of Time has not been filed for purposes of delay and neither party will be prejudiced if this Court were to grant the requested extension of time.

Georgia-Pacific respectfully requests that this Court modify the schedule established in its December 15, 2009 order (Dkt. 152) as follows:  (i) if Georgia-Pacific's Motion to Compel is granted, Georgia-Pacific is granted seven (7) days from the completion of the deposition of Ms. Kathryn Sirovatka in which to finalize and file its Supplemental Opposition Brief; (ii) if Georgia-Pacific's Motion to Compel is denied, Georgia-Pacific is granted one (1) day from the date of the order denying Georgia-Pacific's Motion to Compel in which to finalize and file its Supplemental Opposition Brief.

Respectfully Submitted,

s/ John A. Leja
John A. Leja (IL. Bar No. 6256269)
Gary Y. Leung (IL. Bar No. 6277889
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel. 312-849-8100
Fax  312-849-3690
Email:  jleja@mcguirewoods.com
             gleung@mcguirewoods.com

*Attorneys for Plaintiff*

William H. Brewster
R. Charles Henn Jr.
KILPATRICK STOCKTON LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500
Fax 404-815-6555
Email: BBrewster@KilpatrickStockton.com
          CHenn@KilpatrickStockton.com

*Of Counsel for Plaintiff*