Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Kendall | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2263 | **DATE** | 3/22/2010 |
| **CASE TITLE** | Georgia-Pacific Consumer Products LP v. Kimberly-Clark Corporation et al | | |

## DOCKET ENTRY TEXT

Motion hearing held on Defendant's Motion To Compel and For Sanctions. Pursuant to the discussion held in open court, the motion is granted in part (#158). The motion to compel is granted. However, the motion for sanctions is denied. Defendant is granted leave to take the deposition of Kathryn Sirovatka during the week of 4/5/10. Status hearing set for 4/12/10 at 9:00 a.m. AK

Docketing to mail notices.

00:14;oah

| | Courtroom Deputy Initials: | AC |
|---|---|---|