# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Georgia–Pacific Consumer Products LP

                                    Plaintiff,

v.                                                        Case No.: 1:09–cv–02263
                                                                    Honorable Virginia M. Kendall

Kimberly–Clark Corporation, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 25, 2010:

      MINUTE entry before Honorable Arlander Keys: Motion hearing held on Plaintiff's Motion to Compel and For Sanctions. Pursuant to the discussion held in open court, the motion is granted in part (# 157 ). The motion to compel is granted. However, the motion for sanctions is denied. Plaintiff is granted leave to take the deposition of Kathryn Sirovatka during the week of 4/5/10. Status hearing set for 4/12/2010 at 09:00 AM.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.