IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>    Defendants. | Civil Action No. 09 CV 2263<br><br>Magistrate Arlander Keys<br><br>Judge Virginia M. Kendall |

### PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") hereby moves this Court to compel Kimberly-Clark to (1) produce documents underlying the research and studies it commissioned in connection with the development of the Scott® Extra Soft Design; (2) collect and produce documents from all members of the product development team (code named "CLOVER") that created the Scott® Extra Soft Design; and (3) produce a privilege log identifying the materials it has withheld on claims of privilege.

In addition, this Court should require Kimberly-Clark to reimburse Georgia-Pacific for its attorneys' fees and costs associated with efforts to obtain the additional documents, including the filing of this Motion.

A Memorandum in Support, along with the Declaration of Lauren Sullins Ralls, is filed concurrently.

                                                Respectfully Submitted,

                                                   /s/ John A. Leja
                                                John A. Leja (IL Bar No. 6256269)
                                                Gary Y. Leung (IL Bar No. 6277889)
                                                McGuireWoods LLP

>77 West Wacker Drive
>Suite 4100
>Chicago, IL 60601-1818
>Tel. 312-849-8100
>Fax  312-849-3690
>Email:  jleja@mcguirewoods.com
>           gleung@mcguirewoods.com
>
>*Attorneys for Plaintiff*
>
>William H. Brewster
>R. Charles Henn Jr.
>KILPATRICK STOCKTON LLP
>1100 Peachtree St., Ste. 2800
>Atlanta, Georgia 30309-4530
>Tel. 404-815-6500
>Fax 404-815-6555
>Email:  BBrewster@KilpatrickStockton.com
>           CHenn@KilpatrickStockton.com
>
>*Of Counsel for Plaintiff*

### LR 37.2 CERTIFICATION

   I, R. Charles Henn Jr., certify that prior to filing this Motion to Compel and for Sanctions, I attempted in good faith to resolve the issues with counsel for Kimberly-Clark.  As discussed in more detail in Section IV of the Memorandum in Support, these efforts were unsuccessful and further efforts would be futile.

>/s/ R. Charles Henn Jr.                 .
>Attorney for Georgia-Pacific

US2008 1150895.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>  Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>  Defendants. | Civil Action No. 09 CV 2263<br><br>Magistrate Arlander Keys<br><br>Judge Virginia M. Kendall |

## CERTIFICATE OF SERVICE

The foregoing **PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS** has been electronically filed using the CM/ECF system which will automatically send service copies via email notification to the following attorneys of record:

> Jeffrey A. Handelman
> Howard S. Michael
> Brinks Hofer Gilson & Lione
> 455 North Cityfront Plaza Drive, 3600 NBC Tower
> Chicago, IL  60611-5599

Date: March 26, 2010

_____/s/ John A. Leja_____
John A. Leja
Counsel for Plaintiff

US2008 1150895.1