## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 09 CV 2263 |
| v. | ) ) | |
| KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. | ) ) ) ) | Judge Virginia M. Kendall |
| Defendants. | ) ) | |

### NOTICE OF MOTION

TO: Jeffrey A. Handelman
Howard S. Michael
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
3600 NBC Tower
Chicago, IL 60611-5599

PLEASE TAKE NOTICE that on Wednesday, March 31, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Arlander Keys presiding in Room 2230 at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, to present **PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**, a copy of which is attached and served upon you.

Dated: March 26, 2010

Respectfully submitted,

GEORGIA-PACIFIC CONSUMER PRODUCTS LP

    /s/ John A. Leja
*One of Its Attorneys*

John A. Leja (IL Bar No. 6256269)
Gary Y. Leung (IL Bar No. 6277889)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel. 312-849-8100    Fax. 312-849-3690

William H. Brewster
R. Charles Henn Jr.
Kilpatrick Stockton LLP
1100 Peachtree St., Ste. 2800
Atlanta, Georgia 30309-4530
Tel. 404-815-6500  Fax 404-815-6555

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** regarding **PLAINTIFF'S MOTION FOR TO COMPEL AND FOR SANCTIONS** was electronically filed with the Clerk of the Court using the CM/EMF system, which will send notification of such filing to registered counsel of record as identified on the Notice of Electronic Filing on March 26, 2010:

Jeffrey A. Handelman
Howard S. Michael
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
3600 NBC Tower
Chicago, IL  60611-5599


/s/ John A. Leja

\10780886.1