IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>    Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

## DECLARATION OF LAUREN SULLINS RALLS

1. My name is Lauren Sullins Ralls. I am counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific") in this matter and am an associate at the law firm of Kilpatrick Stockton LLP. I am over the age of twenty-one, I am competent to make this Declaration, and the facts set forth in this declaration are based on my personal knowledge.

2. A true and correct copy of Plaintiffs' Second Request to Defendants for Production of Documents and Things, which was filed as an attachment to Georgia-Pacific's Motion for a Continuance Under Fed. R. Civ. P. 56(f) on November 13, 2009, is attached as **Exhibit 1**. On January 11, 2010, I received Kimberly-Clark's written discovery responses. A true and correct copy of Defendants' Response to Plaintiffs' Second Request to Defendants for Production of Documents and Things is attached as **Exhibit 2**.

3. A true and correct copy of the January 12, 2010 letter to counsel for Kimberly-Clark is attached as **Exhibit 3**.

1

4. A true and correct copy of the January 12 through January 18, 2010 email string between is attached as **Exhibit 4.**

5. A true and correct copy of the January 21 through February 1, 2010 email string is attached as **Exhibit 5.**

6. Prior to the document production deadline, I repeatedly called counsel for Kimberly-Clark seeking a response to our request for a rolling production of the documents. Counsel for Kimberly-Clark did not respond, but began sending documents on February 11, 2010.

7. A timeline of Kimberly-Clark's production, and the Bates ranges associated with each, are summarized below:

      February 9, 2010:    KC 25928-29483
      February 11, 2010:  KC 29484-30138
      February 12, 2010:  KC 30139-31230
      February 15, 2010:  KC 31231-36048

8. On February 18, 2010, the deposition of Kimberly-Clark's 30(b)(6) designee, Heather Sorebo was held. A true and correct copy of the relevant excerpts from the February 18, 2010, deposition of Heather Sorebo is attached as **Exhibit 6.**

9. A true and correct copy of the February 22, 2010 letter to counsel for Kimberly-Clark is attached as **Exhibit 7.** Kimberly-Clark initially did not respond to the February 22 letter.

10. A true and correct copy of the February 22 though February 25, 2010 email chain is attached as **Exhibit 8**.

US2008 441333.1

11. On Friday, February 26, 2010, I called Howard Michael and Jeff Handleman, counsel for Kimberly-Clark to discuss Georgia-Pacific's request to take the deposition of Ms. Kathyn Sirovatka and to discuss the production of documents requested in the February 22, 2010, letter. I left a voicemail for both Mr. Michael and Mr. Handleman, but received no response. On the morning of March 1, 2010, I spoke to Mr. Michael who informed me that Kimberly-Clark's position on the deposition of Ms. Sirovatka had not changed and that they did not believe that she was a necessary witness. When I asked about documents requested in the February 22, 2010, letter, Mr. Michael responded that he was conferring with his client about the documents but could not provide a date that the documents would be available. Mr. Michael also stated that he did not know if Kimberly-Clark was working on their privilege log.

12. On the afternoon of March 1, 2010, Mr. Michael sent an email to me that he was "working with [his] client" to answer the questions raised in the February 22 letters and was "checking to see if there are any remaining relevant and responsive documents." He did not provide a timeline for when he would provide this information. Mr. Michael also stated that he would send his privilege log by "the end of this week or the beginning of next week." A true and correct copy of the March 1, 2010, correspondence is attached as **Exhibit 9.**

13. A true and correct copy of the March 12, 2010 email string to counsel for Kimberly-Clark is attached as **Exhibit 10.** On Tuesday, March 16, Kimberly-Clark's counsel responded, but failed to confirm whether relevant custodians had been searched and noted that it was "in the process of collecting the underlying documents for Ex. No. 152, to the extend those documents exist, and will provide those materials to you as soon as possible. A true and correct

copy of the March 16, 2010 email is attached as **Exhibit 11.** On Friday, March 19, counsel for Kimberly-Clark sent 156 pages of additional documents via email.

14. A true and correct copy of my March 23, 2010 letter to counsel for Kimberly-Clark is attached as **Exhibit 12**. Kimberly-Clark has not responded to the letter.

15. Georgia-Pacific has yet to receive Kimberly-Clark's privilege log.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 26, 2010.

/s/ Lauren Sullins Ralls<br>Lauren Sullins Ralls