UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Georgia−Pacific Consumer Products LP
                                         Plaintiff,

v.                                        Case No.: 1:09−cv−02263
                                          Honorable Virginia M. Kendall

Kimberly−Clark Corporation, et al.
                                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 12, 2010:

 MINUTE entry before Honorable Arlander Keys: Status hearing held. All matters pursuant to the scope of the referral are resolved. The referral is hereby closed and the case is returned to the District Court. Judge Arlander Keys no longer referred to the case. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.