IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. <br><br> Defendants. | Civil Action No. 09 CV 2263 <br><br> Judge Virginia M. Kendall |

## GEORGIA-PACIFIC'S REPLY
## IN SUPPORT OF ITS MOTION FOR STAY ON APPEAL

This Court should grant Georgia-Pacific's Motion to Stay. Kimberly-Clark expressly does not oppose the Motion. *See* Dkt. 272.[1]

Kimberly-Clark argues that Georgia-Pacific acted improperly in seeking a stay before filing its Notice of Appeal. *See id.* at 1. In fact, this Court has the inherent power to clarify its orders, and Rule 62(c) of the Federal Rules of Civil Procedure authorizes this Court to stay an injunction[2] when an appeal is likely. Thus, the law in this Circuit is as follows:

> Even though Fed. R. Civ. P. 62(c) authorizes the [district] court to stay an

---

[1] In its Response, Kimberly-Clark states that it does not oppose Georgia-Pacific's requested stay "contingent on Georgia-Pacific actually filing a timely Notice of Appeal." *See* Dkt. No. 272 at 2. Georgia-Pacific represented in its motion that it would do so, and it in fact is doing so on Thursday, October 28, 2010.

[2] Technically, an order canceling a trademark registration is not injunctive relief, but merely directs a change to be made on an administrative agency's public records. *See Santana Prods., Inc. v. Compression Polymers, Inc.*, 8 F.3d 152, 154 (3d Cir. 1993) (holding that a Section 37 order to cancel a trademark registration does not constitute injunctive relief). But, of course, if the rule permits a Court to stay an injunction before a Notice of Appeal is filed, no reason exists not to allow a clarification involving a stay of an administrative action.

> injunction "[w]hen an appeal is taken," this Rule has not and should not be read to mean that a stay can be granted *only* after an appeal is taken. "When there is reason to believe that an appeal will be taken, there is no reason why the court should not make an order preserving the status quo during the expected appeal. The order can be conditioned on an appeal being taken by a stated date."

*Thomas v. City of Evanston*, 636 F. Supp. 587, 590 (N.D. Ill. 1986) (quoting 11 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FED. PRACTICE & PROC. § 2904 (1973)); *see also Solon v. Gary Cmty. School Corp.*, No 2:95-CV-327 –RL, 1997 WL 33320578, at *2 (N.D. Ind. 1997) ("If a district court believes that an injunction will be appealed, it need not wait until the appeal is actually taken to suspend the injunction pending appeal."). Staying the cancellations in this case preserves the status quo and has no impact on Kimberly-Clark.

Georgia-Pacific's Notice of Appeal moots the only substantive objection raised by Kimberly-Clark.[3] And, in any event, the objection is misplaced. This Court should enter an order staying cancellation of Georgia-Pacific's federal registrations -- Registration Nos. 2,710,741, 1,806,076, 1,778,352, and 1,979,345 -- pending exhaustion of Georgia-Pacific's rights of appeal.

---

[3] Kimberly-Clark suggests it is the party seeking to "prevent further unnecessary response and to conserve judicial resources," but it: (a) refused to consent to Georgia-Pacific's Motion to Stay, requiring Georgia-Pacific not only to file a formal motion on this issue, but also requiring its counsel to fly from Atlanta to appear at the October 18 presentment; and (b) filed a "Response" that essentially does not oppose the motion. Dkt. 272 at 1-2.

2

DATED: October 28, 2010

        Respectfully Submitted,

        /s/ Elizabeth B. Herrington
        Elizabeth B. Herrington
        McDermott Will & Emery LLP
        227 West Monroe Street
        Chicago, Illinois 60606
        Tel. 312-984-7763
        Email: eherrington@mwe.com

        William H. Brewster
        R. Charles Henn Jr.
        KILPATRICK STOCKTON LLP
        1100 Peachtree St., Ste. 2800
        Atlanta, Georgia 30309-4530
        Tel. 404-815-6500 Fax 404-815-6555
        Email:
            BBrewster@KilpatrickStockton.com
            CHenn@KilpatrickStockton.com

        *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC. <br><br> Defendants. | Civil Action No. 09 CV 2263 <br><br> Judge Virginia M. Kendall |

## CERTIFICATE OF SERVICE

The foregoing REPLY IN SUPPORT OF THE MOTION FOR STAY ON APPEAL has been filed under seal with the court on October 28, 2010and was served via First Class Mail on counsel for Defendants as follows:

>Jeffrey A. Handelman
>Howard S. Michael
>Brinks Hofer Gilson & Lione
>455 North Cityfront Plaza Drive, 3600 NBC Tower
>Chicago, IL  60611-5599

>/s/ Elizabeth B. Herrington
>Elizabeth B. Herrington
>Counsel for Plaintiff