IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>    Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, that Plaintiff Georgia-Pacific Consumer Products LP appeals to the United States Court of Appeals for the Seventh Circuit from the Order (Dkt. No. 257) and Memorandum Opinion and Order (Dkt. No. 258) which granted summary judgment to Defendants Kimberly-Clark Corporation, Kimberly-Clark Global Sales, Inc., and Kimberly-Clark Worldwide, Inc.; the corresponding final Judgment (Dkt. No. 259); and all interlocutory orders subsumed therein. The final Judgment was entered in this action on September 30, 2010.

DATED:   October 28, 2010

/s/ Elizabeth B. Herrington
Elizabeth B. Herrington
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel. 312-984-7763
Email:  eherrington@mwe.com

        William H. Brewster
        R. Charles Henn Jr.
        Kilpatrick Stockton LLP
        1100 Peachtree St., Ste. 2800
        Atlanta, Georgia 30309-4530
        Tel. 404-815-6500  Fax 404-815-6555
        Email: BBrewster@KilpatrickStockton.com
               CHenn@KilpatrickStockton.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, INC., and KIMBERLY-CLARK WORLDWIDE, INC.<br><br>    Defendants. | Civil Action No. 09 CV 2263<br><br>Judge Virginia M. Kendall |

### CERTIFICATE OF SERVICE

I certify that on October 28, 2010, a copy of the foregoing NOTICE OF APPEAL in the above-captioned matter were served via First Class Mail, postage prepaid, on the following attorneys of record:

>   Jeffrey A. Handelman
>   Howard S. Michael
>   Brinks Hofer Gilson & Lione
>   455 North Cityfront Plaza Drive, 3600 NBC Tower
>   Chicago, IL  60611-5599

>                       /s/ Elizabeth B. Herrington
>                       Elizabeth B. Herrington
>                       Counsel for Plaintiff